RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
State Bar No. 12223
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Toniquewa Ballard

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONIQUEWA BALLARD,<br><br>Defendant. | Case No.:2:15-CR-195-GMN-CWH<br><br>**UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE**<br>(Expedited Treatment Requested) |

COMES NOW THE DEFENDANT, TONIQUEWA BALLARD, by and through counsel, Rene Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, and hereby submit this Motion to Modify Conditions of Pre-Trial Release requesting that Ms. Ballard be allowed to travel to California from August 27-29, 2015.

Dated this 25th day of August, 2015.

            RENE L. VALLADARES
            Federal Public Defender


         By: */s/ Heidi A. Ojeda*
            Assistant Federal Public Defender
            Counsel for Defendant

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

On August 3, 2015, the Court released Ms. Ballard on a personal recognizance bond. (*See* Minutes of Proceedings (#20).) Among the conditions imposed, the Court ordered that the defendant shall reside at the halfway house and is restricted to that facility at all times except for certain approved activities. (*See* PR Bond at 3 -4 (#21).) The Court further restricted Ms. Ballard's travel to Clark County, Nevada. (*Id*.) To date, Ms. Ballard has complied with all the conditions of pre-trial release.

Ms. Ballard requests permission to travel to Lancaster, California, from Thursday, August 27, 2015 through Saturday, August 29, 2015. The purpose of this travel is so she can meet with her Social Security Disability advocate to ensure that she gets the full benefits associated with her Supplemental Security Income (SSI). Ms. Ballard has been receiving SSI payments since 2003 due to her mental health condition. Ms. Ballard was instructed by her local Social Security Administration office that she must meet with them in person by Friday, August 28, 2015. Ms. Ballard currently has an appointment to meet with her SSI advocate on the morning of Friday, August 28, 2015.

Ms. Ballard's mother will be driving her from Las Vegas, Nevada to Lancaster, California for the appointment. During her stay in California, Ms. Ballard will likely be staying with her aunt. Ms. Ballard is working closely with her pre-trial services officer, Samira Barlow, to provide all the necessary logistical and contact information for where she will be during her travel.

Undersigned counsel has spoken with the Government concerning this request. The Government has indicated it has no opposition to this modification. Undersigned counsel has also spoken to Ms. Ballard's Pre-Trial officer, Ms. Barlow. Ms. Barlow also indicated that she has no opposition to the requested modification. Ms. Barlow only asks that Ms. Ballard submit proof of her appointment to Pre-Trial Services upon her return from California.

/ / /

/ / /

/ / /

DATED this 25th day of August, 2015.

                                    Respectfully Submitted,

                                    RENE L. VALLADARES
                                    Federal Public Defender

                                    */s/ Heidi A. Ojeda*
                             By: _____
                                    HEIDI A. OJEDA
                                    Assistant Federal Public Defender
                                    Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-195-GMN-CWH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO MODIFY PRETRIAL CONDITIONS** |
| TONIQUEWA BALLARD, | |
| Defendant. | |

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the pretrial release conditions of the defendant be modified to permit Ms. Ballard to travel to California, leaving from the halfway house on Thursday, August 27, 2015 and returning to the halfway house in Las Vegas, Nevada on Saturday, August 29, 2015. During this time, Ms. Ballard is to follow all the conditions previously placed upon her by the Court (as applicable) and any additional conditions her pre-trial services officer deems appropriate during her travel.

**IT IS FURTHER ORDERED** that upon return to Las Vegas, Nevada, Ms. Ballard shall promptly submit proof of her appointment with the Social Security Administration to her Pre-Trial Services officer.

DATED: August 25, 2015

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on August 25, 2015, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** (Expedited Treatment Requested), by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

*/s/ Christopher Vergari*
Employee of the Federal Public Defender