Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Toniquewa Ballard

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Toniquewa Ballard,<br><br>        Defendant. | Case No. 2:15-cr-00195-GMN-DJA<br><br>**First Stipulation to Continue Hearing on Revocation of Pretrial Release** |

The parties jointly request that this Court vacate the hearing on revocation of pretrial release currently scheduled for September 12, 2019, and continue it to September 26, 2019.

The parties enter this stipulation because:

1. Ms. Ballard has applied for admission into RISE Court. Her acceptance would obviate the need for a contested revocation hearing.

2. Ms. Ballard is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1  This is the first stipulation to continue the revocation hearing.

2  DATED: September 9, 2019

3  Rene L. Valladares                         Nicholas A. Trutanich
   Federal Public Defender                    United States Attorney
4

5  */s/ Erin Gettel*                          */s/ Robert Knief*
   By_____           By_____
6  Erin Gettel                                Robert Knief
   Assistant Federal Public Defender          Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Toniquewa Ballard,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00195-GMN-DJA<br><br>**Order Granting First Stipulation to Continue Pretrial Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the hearing on revocation of pretrial release.  IT IS HEREBY ORDERED that the hearing on revocation of pretrial release set for September 12, 2019, is vacated and continued to September 26, 2019, at 10:00 a.m.

DATED: September __10__, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE