RECEIVED
FILED           SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

OCT - 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:15-cr-00195-GMN-DJA |
| Plaintiff, | **Order to Modify Conditions of Pretrial Release** |
| v. | |
| Toniquewa Ballard, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Ms. Ballard's bond is modified as follows:

1. The defendant is to attend and complete an inpatient treatment program at the discretion of Pretrial Services and complete any after-care program, which may include placement in a transitional living facility-halfway house

2. Pretrial Services will coordinate with the U.S. Marshals the defendant's release date and time. Pretrial Services will provide transportation to the approved inpatient facility.

All language referring to New Frontier in Ms. Ballard's bond is deleted and replaced with "inpatient treatment."

Dated October 1st, 2019

_____
Daniel J. Albregts
United States Magistrate Judge

3

Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Toniquewa Ballard,<br>Defendant. | Case No. 2:15-cr-00195-GMN-DJA<br>**Stipulation to Modify Conditions of Pretrial Release** |

On September 26, 2019, Judge Albregts ordered Ms. Ballard released to inpatient treatment at New Frontier, a facility located in Fallon, Nevada. The parties and Pretrial Services have since learned that Ms. Ballard is unable to travel by airplane to Fallon.[1] Pretrial Services believes that travel via airplane is the safest and most secure method of transportation to northern Nevada, as bus travel would require multiple stops and take upwards of 18 hours. Pretrial Services has indicated that another option is the WestCare women's facility located here in Las Vegas, which will have a bed available tomorrow.[2] Upon consultation with Pretrial Services, the parties therefore request that this Court modify Ballard's bond as follows:

[1] Ms. Ballard believes that if she flies, due to the high elevation, her ears will burst and she will die.

[2] Pretrial Services asked that the modified conditions not name a specific facility because that limits the office in placement options.

1. The defendant is to attend and complete an inpatient treatment program at the discretion of Pretrial Services and complete any after-care program, which may include placement in a transitional living facility-halfway house

2. Pretrial Services will coordinate with the U.S. Marshals the defendant's release date and time. Pretrial Services will provide transportation to the approved inpatient facility.

The parties also jointly request that the Court remove all language referring to New Frontier from Ms. Ballard's bond and replace it with reference to "inpatient treatment."

The parties and Pretrial Services agree to the above modifications.

DATED: October 1, 2019

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| By */s/ Erin Gettel*<br>Erin Gettel<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>Robert Knief<br>Assistant United States Attorney |