Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         v.<br><br>Toniquewa Ballard,<br><br>                    Defendant. | Case No. 2:15-cr-00195-GMN-DJA<br><br>**First Stipulation to Advance Sentencing Hearing** |

The parties jointly request that this Court vacate the June 19, 2020, sentencing hearing and advance it to June 3rd at 1:30 p.m. because:

1.  The presentence investigation report has already been completed and the informal objections resolved.

2.  Ms. Ballard is not facing a mandatory minimum sentence, and the plea agreement permits her to ask for a time-served sentence.

3.  Ms. Ballard is in custody and wishes to advance her sentencing hearing.

DATED: May 19, 2020

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br>  */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br>  */s/ Robert Knief*<br>By_____<br>Robert Knief<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:15-cr-00195-GMN-DJA |
| v. | **Order Granting First Stipulation to Advance Sentencing Hearing** |
| Toniquewa Ballard, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to advance the sentencing hearing.

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for June 19, 2020, at 11:00 a.m., is vacated and advanced to June 2, 2020, at 1:30 p.m. in Courtroom 6B.

DATED: May 20, 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2