Nicholas A. Trutanich
United States Attorney
District of Nevada
Nevada Bar Number 13644
Robert A. Knief
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Robert.Knief@usdoj.gov
Counsel for Plaintiff United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TONIQUEWA BALLARD,<br><br>　　　　　Defendant. | Case No.: 2:15-CR-00195-GMN-DJA<br><br>STIPULATION TO EXTEND DEADLINE<br>　(First Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Erin Gettel, counsel for defendant Toniquewa Ballard, that the deadline for the filing of the government's response to the defendant's Sentencing Memorandum (ECF No. 83), be extended one day to May 29, 2020.

　　This stipulation is entered into for the following reasons:

　　1.　　Defense timely filed its Sentencing Memorandum at 11:11 p.m. on May 26, 2020, five business day before the sentencing hearing.

　　2.　　On May 27, 2020, government counsel was out of the office for medical reasons.

　　3.　　The Government's response was due on May 28, 2020, however due to counsel's

1

absence from the office there has been insufficient time to prepare a response.

4. Defendant is in custody and does not object to the extension.

5. For the reasons stated above, the ends of justice would best be served by an extension of the government deadline.

6. This is the first request for an extension filed herein.

DATED this 29th day of May 2020.

                          Nicholas A. Trutanich

                          United States Attorney

_/s/ Erin Gettel_                        _/s/ Robert Knief_
ERIN GETTEL                         ROBERT KNIEF
Counsel for Defendant            Assistant United States Attorney

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TONIQUEWA BALLARD,<br><br>Defendant. | Case No.: 2:15-CR-00195-GMN-DJA<br><br>ORDER TO EXTEND DEADLINE |

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense timely filed its Sentencing Memorandum at 11:11 p.m. on May 26, 2020, five business day before the sentencing hearing.
2. On May 27, 2020, government counsel was out of the office for medical reasons.
3. The Government's response was due on May 28, 2020, however due to counsel's absence from the office there has been insufficient time to prepare a response.
4. Defendant is in custody and does not object to the extension.
5. For the reasons stated above, the ends of justice would best be served by an extension of the government deadline.

. . .

. . .

. . .

. . .

**ORDER**

It is therefore ORDERED that the Government's response to defendant's Sentencing memorandum (ECF No. 83), is due on the 29th day of May 2020.

DATED this  29  day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT