Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>Toniquewa Ballard,<br><br>             Defendant. | Case No. 2:15-cr-00195-GMN-DJA<br><br>**First Stipulation to Continue Revocation Hearing** |

The parties jointly request that this Court vacate the revocation hearing scheduled for December 30, 2020, and continue it to January 6, 2021, at 2:00 p.m. because:

1. Defense counsel will be out of the district during the currently scheduled hearing date;

2. Ms. Ballard is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

DATED: December 8, 2020

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br> */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br> */s/ Susan Cushman*<br>By_____<br>Susan Cushman<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Toniquewa Ballard,<br><br>      Defendant. | Case No. 2:15-cr-00195-GMN-DJA<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

      Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.  IT IS HEREBY ORDERED that the hearing on revocation of supervised release set for December 30, 2020, is vacated and continued to January 6, 2021, at 2:00 p.m.

      DATED: December  10 , 2020.

_____
Gloria M. Navarro
United States District Judge

2