Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:15-cr-00195-GMN-DJA |
| Plaintiff, | **Second Stipulation to Continue Revocation Hearing** |
| v. | |
| Toniquewa Ballard, | |
| Defendant. | |

The parties jointly request that this Court vacate the revocation hearing scheduled for January 6, 2021, and continue it to January 13, 2021, at 1:00 p.m. because:

1. The parties require additional time to determine whether a resolution can be reached;

2. Ms. Ballard is not in custody and does not object to the continuance; and

3. The parties agree to the continuance.

DATED: December 30, 2020

Rene L. Valladares
Federal Public Defender

*/s/ Erin Gettel*
By_____
Erin Gettel
Assistant Federal Public Defender

Nicholas A. Trutanich
United States Attorney

*/s/ Susan Cushman*
By_____
Susan Cushman
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Toniquewa Ballard,<br><br>    Defendant. | Case No. 2:15-cr-00195-GMN-DJA<br><br>**Order Granting Second Stipulation to Continue Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.  IT IS HEREBY ORDERED that the hearing on revocation of supervised release set for January 6, 2021, is vacated and continued to January 13, 2021, at 1:00 p.m.

DATED: December  30 , 2020.

_____
Gloria M. Navarro
United States District Judge